PAUL HERMAN, Respondent, *v.* CENTURY INDEMNITY COMPANY, Appellant.

Submitted November 14, 1949; decided November 23, 1949.

*Clinton M. Flint* for motion.
*Louis I. Grossfield* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.